UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 08-10321-DPW |
| ) | |
| KINGSLEY T. EZE, ) | |
|     Defendant. ) | |

## DEFENDANT'S MOTION TO PROCEED IN FORMA PAUPERIS

The defendant, Kingsley T. Eze ("the defendant"), by and through his attorneys, respectfully seeks from the Honorable Court permission to proceed with his appeal *in forma pauperis*, pursuant to F.R.A.P. 24. As grounds therefor, the defendant states as follows:

1. On April 9, 2010, following a jury trial, the defendant was found guilty on eleven out of sixteen counts charging him with health care fraud, in violation of 18 U.S.C. §1347 and false statements, in violation of 18 U.S.C. §1001;

2. On August 16, 2010, the defendant was sentenced to a term of 60 months imprisonment to run concurrently on all counts of conviction;

3. Judgment was entered on August 19, 2010;

4. A timely Notice of Appeal was filed on August 19, 2010[1];

5. The case has been designated with docket number 10-1997, in the First Circuit Court of Appeals;

6. The defendant desires to pursue his appeal but, as demonstrated in the attached Affidavit to Accompany Motion for Leave to Appeal in Forma Pauperis

---

[1] The filing fee was paid for by counsel for the defendant.

("Affidavit"), the defendant no longer has the funds to be able to retain the undersigned counsel to pursue his appeal[2];

7. The defendant initially had believed that he could borrow the money from friends and family members to retain undersigned counsel for the appeal, but those efforts proved unsuccessful;

8. If this Court grants the defendant's Motion, it is his intention to seek the appointment of appellate counsel under the Criminal Justice Act.

WHEREFORE, the defendant respectfully requests, pursuant to FRAP 24, that the Court permit the defendant to proceed with his appeal *in forma pauperis.*

| | |
|---|---|
| Dated:  October 11, 2010 | Respectfully submitted,<br>KINGSLEY T. EZE<br>By his attorneys,<br><br>*/s/ Paul J. Andrews*<br>_____<br>Paul J. Andrews, BBO#558574<br>DENNER♦PELLEGRINO, LLP<br>Four Longfellow Place, 35th Floor<br>Boston, Massachusetts 02114<br>Tel.:  (617) 227-2800<br>Fax:  (617) 973-1562<br>pandrews@dennerpellegrino.com |

**Certificate of Service**

I, Paul Andrews, hereby certify that on this the 11th day of October 2010, I have served all parties registered with ECF for this matter with a true copy of the foregoing *Defendant's Motion to Proceed in Forma Pauperis* by virtue of transmitting the same to the Court via the ECF system.

/s/ *Paul Andrews*
Paul Andrews

---

[2] It is the intention of the undersigned counsel, with the knowledge and assent of the defendant, to file a motion in the First Circuit seeking to withdraw pursuant to LR 46.6(c)(1) once the instant Motion has been filed.