Kingsley T. Eze
Federal Correctional Institute
P.O. Box 2000 - Camp.
Fort Dix, NJ 08640
June 20, 2012

The Honorable Douglas P. Woodlock
United States District Judge
1 Courthouse Way - Suite 2300
Boston, MA 02210

Dear Judge Woodlock:

  I want to use this opportunity to thank you for taking time out of your busy schedule to visit Fort Dix Correctional Institute and check on my progress and welfare. I also want to use this opportunity to apologize to all the victims that were affected by Kings Enterprize medicare fraud.

  Mr. Aghaegbuna Ike Odelugo testified before a House Committee on oversight about medicare fraud in Durable Medical Equipment (DME). In his testimony he stated how he got fraudulent referrals from marketers and in some instances from corrupt physicians. I learned that he was sentenced to 72 months in prison and was ordered to forfeit $7.5 million and also to pay $9.9 million in restitution.

  I rue the day I met Mr. Odelugo but sometimes you cannot run from your destiny. What if I had moved to Massachusetts right after I got out of the military or what if I had re-enlisted when my contract was up. I probably

would not have met Mr. Odelugo. He mislead and lied to me from the beginning of our acquaintance. When you lie to someone you rob them of their autonomy to make rational decision. Inasmuch as I want to blame Mr. Odelugo for my short coming, I also hold myself responsible for being naive and gullible.

I should have sort professional advice before agreeing to go into business with Mr. Odelugo given that I don't have any business experience in DME. I honestly swear before GOD and man that I didn't know Mr. Odelugo's intentions were to commit medicare fraud. Your honor I had a lot to lose to knowingly agree to go into fraudulent scheme with Mr. Odelugo. However, I don't want to keep living in the past and what if's. It is very counterproductive. I will rather focus on the present and the future. I'm responding positively to my situation as opposed to reacting negatively to it.

I have been doing my very best to learn as much as I can from this experience. I have been staying out of trouble and following all the rules and regulations of the prison. I am participating in trainings and programs that are offered here at the prison.

During my pre-sentencing interview I never disclosed that I had been abusing alcohol. Moreover, I didn't want to offend your honor with my alcohol problem before appearing infront of you for sentencing. Your honor I am respectfully requesting you recommend the alcohol abuse treatment program for me to the federal bureau of

prisons. I believe this program will help in my rehabilitation. I am sorry for the inconvenience this might cause you and your office. And I thank you for a favorable consideration of my request.

Yours Truly,

Kingsley-T-Eze.