Kingsley T. Eze #27151038
Federal Prison Camp
P.O. Box 9000
Berlin, NH 03570
04/03/13

The Honorable Douglas P. Woodlock
United States District Judge
1 Courthouse Way - Suite 2300
Boston, MA 02210

Dear Judge Woodlock:

In my J&C you never stipulated the amount I was to be paying towards my special assessment and restitution while incarcerated. Majority of other inmates have a scheduled payment amount that was clearly established by their sentencing judge. Most inmates are paying $25 per quater and some even less.

I am currently serving my sentence at the newly opened prison camp at Berlin, NH. Since I got here I have been on Financial Responsibility Program (FRP) refuse status.
At first my unit team wanted me to be paying $100 every month towards my special assessment and restitution. I was able to make that payment once in November, 2012, only because I was paid $78 after working many hours and got a bonus.

However, after my monthly earning became less than $20 I couldn't afford to pay the $100 per month any longer. So I was put on FRP refuse status. I went for my program review on February 2013 and my unit team had drawn a new contract for my FRP for $50. I advised them that I can't pay that amount. Ever since I've been on FRP refuse

status I have been on mandatory $5.25 per month mantenance pay. And I was also put on commissary restriction.

I am respectfully requesting you intervene on my behalf and stipulate how much I should be paying quaterly. Thank you for your consideration of my request. And sorry for any inconvenience this might cause you and your busy schedule.

Yours Sincerely

*[signature]*

Kingsley T. Eze